JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDERSON AND CATALINA ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> FIORE RACOBS & POWERS, A PROFESSIONAL LAW CORPORATION, <br><br> Defendants. | Case No: 5:14-CV-01851-VAP-DTB <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <br><br> HON. VIRGINIA A. PHILLIPS |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.

IT IS SO ORDERED.

Dated: October 30, 2014     _____
                              HON. VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE